# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134600-1(61)

SETH DOBBELAERE, II by his
Next Friend, STEVEN DOBBELAERE,
      Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant/Cross-Defendant-
      Appellee,

and

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant/Cross-Plaintiff-
      Appellant.
_____/

SC: 134600-1
COA: 270200; 270275
Ingham CC: 05-000555-NF

On order of the Court, the motion for reconsideration of this Court's April 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk